## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT AND SUSAN SANTARELLI, ) | |
| ) | Docket 3:09-cv-02447-WJN |
| Plaintiffs, ) | |
| ) | (JUDGE WILLIAM J. NEALON) |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendant. ) | FILED ELECTRONICALLY |

### NOTICE OF SETTLEMENT

Defendant NCO Financial Systems, Inc. has accepted Plaintiffs' written offer to settle this action.  Settlement is expected to be complete within 45 days.  Plaintiffs will thereafter dismiss this action with prejudice.

                            **/s/ Richard A. Kessler**____
                            Attorney for Defendant
                            NCO Financial Systems, Inc.

Date:  March 2, 2010

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of March, 2010, a copy of the foregoing "Notice of Settlement" was served on the following attorney of record via the Court's ECF System and by electronic mail at the address below.

    Kenneth W. Pennington, Esquire
    Sabatini Law Firm, LLC
    216 N. Blakely Street
    Dunmore, PA 18512
    (570) 341-9000
    ken@bankruptcypa.com

    /s/ Richard A. Kessler
    Attorney for Defendant