IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALBERT and SUSAN SANTARELLI, : <br> Plaintiffs : <br>   : CIVIL NO. 3:09-CV-2447 <br> v. : <br>   : (JUDGE NEALON) <br> NCO FINANCIAL SYSTEMS, INC., : <br> Defendants : | |

## ORDER

**NOW**, this 5th day of MARCH, 2010, upon consideration of the Notice of Settlement (Doc. 6) stating that settlement is expected to be completed within forty-five (45) days, **IT IS HEREBY ORDERED THAT** the action is dismissed without costs and without prejudice to the right, upon good cause shown within forty-five (45) days, to reinstate the action if the settlement is not consummated.

FILED
SCRANTON
MAR 0 5 2010
PER _____
DEPUTY CLERK

/s/ William J. Nealon
**United States District Judge**